Defendants' letter-motion (the "Letter-Motion") requesting a brief extension of: (i) the deadline for all parties to submit their pre-settlement conference filings to the Court; and (ii) the deadline to respond to Plaintiffs' settlement demand (ECF No. 37) is GRANTED, and the deadlines are EXTENDED as set forth in the Letter-Motion.  The Court reminds the parties that under the Court's Individual Practices in Civil Cases, any requests for an extension of time must state "whether all affected parties consent."

The Clerk of Court is respectfully directed to close ECF No. 37.

SO ORDERED 10/29/2021

SARAH L. CAVE
United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave, United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

    Re: *Abbott et al. v. Comme Des Garcons, Ltd., et al.*, Case No. 1:21-cv-04929 (VEC)(SLC)

Your Honor:

    This firm represents the defendants Comme des Garcons, Ltd., Dover Street Market New York LLC, Elaine Beuther and James Gilchrist (collectively, "Defendants") in the above captioned action.  I write to request a slight modification of the schedule set forth in the Court's Settlement Conference Scheduling Order (Docket Doc. No. 36, the "Order").  After being reminded of the court's Order earlier today, counsel for the plaintiffs reiterated their initial demand, provided a breakdown of that demand shortly thereafter.

    In order to adequately review and properly respond to the plaintiffs' demand, Defendants respectfully request an extension of time for counsel for all parties to submit their respective correspondence to the court, as set forth in paragraph 4 of You Honor's Standing Order Applicable to Settlement Conferences, from November 3, 2021 to November 5, 2021.  Defendants also respectfully request leave to provide opposing counsel with their response to the plaintiffs' demand, by no later than November 4, 2021 (seven days following the date on which they receive the details of plaintiffs' demand).

    We thank the court in advance for its consideration of this request.

                                Respectfully submitted,

                                  Davis Wright Tremaine LLP

                                  /s/

                                  Michael Goettig