```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   DANIEL ABBOTT ET AL.                  :
                                                             :
                            Plaintiffs,   :
                                                             :           21-CV-4929 (VEC)
          -against-                         :
                                                             :               ORDER
                                                             :
   COMME DES GARCONS, LTD., DOVER  :
   STREET MARKET NEW YORK LLC,
   ELAINE BEUTHER, and JAMES        :
   GILCHRIST,
                                                             :
                                 Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 17, 2021, the Court ordered Defendants to answer, move, or otherwise respond to Plaintiffs' complaint by 30 days from a settlement conference yet to be scheduled, Dkt. 30; and

       WHEREAS on November 9, 2021, a settlement conference was held before Magistrate Judge Cave;

       IT IS HEREBY ORDERED that, to provide the parties additional time to pursue settlement, Defendants' response to Plaintiff's complaint is due by **December 31, 2021.**

**SO ORDERED.**

Date:  November 10, 2021                                   _____
       New York, NY                                              **VALERIE CAPRONI**
                                                                             **United States District Judge**