

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2022

# Josh Bernstein, P.C.
## Civil Rights & Employment Law

Josh Bernstein, P.C.　　　　　　　　　　　　　　　(Phone) (646) 308-1515
160 Varick Street, 3rd Fl.　　　　　　　　　　　　　(Fax)　 (718) 679-9517
New York, NY 10013　　　　　　　　　　　　　jbernstein@jbernsteinpc.com

January 28, 2022

**RE: Explanation of Corrected Amended Complaint Filing**

The Honorable Valerie E. Caproni
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

　　*Daniel Abbott, et al. v. Comme des Garcons, Ltd., et al.,* Index No. 21 cv 4929

Judge Caproni,

　　I represent Plaintiffs Daniel Abbott et. al. in the above-captioned matter, and write in explanation of the (Corrected) Amended Complaint filed earlier this evening.
　　This afternoon, I filed the Amended Complaint (as a matter of right in response to Defendants' Motion to Dismiss). Later in the day, I realized that when I went to convert the word version of the Amended Complaint into PDF form for filing, I accidentally saved a predecessor version of the Amended Complaint.
　　The only difference between the predecessor version of the Amended Complaint I filed first this afternoon, and the Corrected version filed this evening is ¶ 31, describing the dates and different titles held by Plaintiff Gabriel Herrera.
　　Because the Corrected version of the Amended Complaint is merely a correction due to a technical error, and was filed within Plaintiffs' time to Amend as of Right, I do not believe an Order of the Court is necessary for it to be accepted for filing and become Plaintiffs' operative pleading in this matter. Nevertheless, in an abundance of caution, Plaintiffs respectfully request that your Honor issue an Order designating the Corrected Amended Complaint as timely and properly filed, and/or granting Plaintiffs leave to file the Corrected Amended Complaint nunc pro tunc.
　　Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Joshua Alexander Bernstein

The Amended Complaint at docket entry 51 is timely and properly filed.

Defendants' motion to dismiss at docket entry 47 is DENIED as moot. No later than **February 18, 2022**, Defendants must either file an answer to the Amended Complaint or move to dismiss the Amended Complaint.

SO ORDERED.

*[signature]* 1/29/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE