**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GABRIEL HERRERA, CURTIS HENNAGER, Individually and on behalf of all others similarly situated, and DANIEL ABBOTT, ELIZABETH AMMERMAN, AMIR AZARCON, SEAN CONWAY, RYAN INWARDS, BLAKE MARTIN, MADISON MURPHY, CARLIN ROLLENHAGEN, WINSTON TOLLIVER, DAVID UNICH, DYLAN WARMACK, FNAN YSAHAK, individually,

        Plaintiffs,

-against-

COMME DES GARÇONS, LTD., DOVER STREET MARKET NEW YORK LLC, ELAINE BEUTHER, JAMES GILCHRIST,

        Defendants.
-----------------------------------------------------------X

21 **CIVIL** 4929

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 12, 2022, Defendants' Motion is GRANTED, and the FLSA claims in Plaintiffs' SAC are DISMISSED with prejudice. Plaintiffs' state law claims are dismissed without prejudice. Plaintiffs' motion for collective certification is DENIED as moot, and Plaintiffs' request for attorneys' fees as sanctions is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

    August 15, 2022

                                      **RUBY J. KRAJICK**
                                      Clerk of Court
              **BY:**     *K. Mango*
                                      **Deputy Clerk**