USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GABRIEL HERRERA, CURTIS HENNAGER, Individually and on behalf of all others similarly situated, and

DANIEL ABBOTT, ELIZABETH AMMERMAN, AMIR AZARCON, SEAN CONWAY, RYAN INWARDS, BLAKE MARTIN, MADISON MURPHY, CARLIN ROLLENHAGEN, WINSTON TOLLIVER, DAVID UNICH, DYLAN WARMACK, FNAN YSAHAK, individually,

        Plaintiffs,

    -against-

COMME DES GARÇONS, LTD., DOVER STREET MARKET NEW YORK LLC, ELAINE BEUTHER, JAMES GILCHRIST,

        Defendants.
-------------------------------------------------------------- X

21-CV-4929

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on August 12, 2022, the Court granted Defendants' motion to dismiss the Second Amended Complaint with prejudice;

  WHEREAS on September 6, 2022, Plaintiffs appealed that decision, Dkt. 94;

  WHEREAS on October 16, 2023, the Second Circuit vacated and remanded the Court's Opinion and Order granting the motion to dismiss, Op., Dkt. 95; and

  WHEREAS on November 6, 2023, the mandate issued, Dkt. 96.

  IT IS HEREBY ORDERED that, not later than **November 30, 2023**, the parties must file a joint letter with proposed next steps, including a statement as to whether (1) the parties request

a settlement conference with Magistrate Judge Cave for a settlement conference, and

(2) Defendants seek to renew their motion to dismiss.

**SO ORDERED.**

Date:  **November 15, 2023**                                        _____
         **New York, NY**                                                   **VALERIE CAPRONI**
                                                                                    **United States District Judge**