UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL HERRERA, et al.,

                            Plaintiffs,

        -v-                                              CIVIL ACTION NO. 21 Civ. 4929 (VEC) (SLC)

COMME DES GARCONS, LTD., et al.,                                    **ORDER**

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        A telephone conference is scheduled for **Monday, December 11, 2023 at 10:00 a.m.** on

the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code:

380-9799, at the scheduled time.  At the conference, the parties shall be prepared to discuss their

availability, and that of their clients, for a settlement conference.

Dated:        New York, New York
              December 8, 2023

                            SO ORDERED.

                            _____

                            SARAH L. CAVE
                            **United States Magistrate Judge**