UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL HERRERA, et al.,

                       Plaintiffs,

    -v-

COMME DES GARCONS, LTD., et al.,

                       Defendants.

CIVIL ACTION NO. 21 Civ. 4929 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, April 15, 2024, the Honorable Valerie E. Caproni amended the referral in this case to include both general pretrial management and non-dispositive pretrial motions.  (ECF No. 120). Pending before the Court are (i) Defendants' letter-motion seeking a pre-motion conference to discuss their anticipated motion under Federal Rule of Civil Procedure 12(f) to strike certain allegations in the Third Amended Complaint (ECF No. 116 (the "Letter-Motion")), and (ii) Plaintiffs' renewed motion for conditional certification and court-authorized notice under 29 U.S.C. § 216(b).  (ECF No. 117 (the "Motion")).

By **April 17, 2024**, Plaintiffs shall file a letter in response to the Letter-Motion not exceeding three pages.

With respect to the Motion, the Court is unable to open the documents Plaintiffs filed at ECF Nos. 119-1, 119-2, and 119-5.  By **April 17, 2024**, Plaintiffs shall refile the three documents. Defendants' opposition to the Motion, if any, is due by **April 25, 2024**, and Plaintiffs' reply, if any, is due by **May 2, 2024**.  (See Loc. Civ. R. 6.1(b)).

2

Dated:      New York, New York
            April 15, 2024

                              SO ORDERED.

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**