UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL HERRERA, et al.,

                          Plaintiffs,

-v-                                     CIVIL ACTION NO. 21 Civ. 4929 (VEC) (SLC)

COMME DES GARCONS, LTD., et al.,                 **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the initial case management conference held today, February 10, 2025, a follow-up status conference is scheduled for **Monday, April 21, 2025 at 10:00 a.m.** on the Court's Microsoft Teams platform (the "Conference"). The parties are directed to call: (646) 453-4442; access code: 847-767-561#, at the scheduled time. By **Wednesday, April 16, 2025**, the parties shall file a joint letter identifying any issues about which they have met and conferred and are ripe for consideration at the Conference. Finally, the Court will adopt the parties' proposed case management plan, as modified, by separate order.

Dated:      New York, New York
              February 10, 2025

                                                        SO ORDERED.

                                                        _____
                                                        SARAH L. CAVE
                                                       **United States Magistrate Judge**