UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL HERRERA, et al.,

                      Plaintiffs,

    -v-

COMME DES GARCONS, LTD., et al.,

                      Defendants.

CIVIL ACTION NO. 21 Civ. 4929 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, April 21, 2025, a follow-up status conference is scheduled for **Thursday, June 5, 2025 at 11:00 a.m.** on the Court's Webex platform (the "Conference"). The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time. By **Friday, May 30, 2025**, the parties shall file a joint letter identifying any issues about which they have met and conferred and are ripe for consideration at the Conference.

Dated:     New York, New York
            April 21, 2025

                                                    SO ORDERED.

                                                    _____
                                                    SARAH L. CAVE
                                                    **United States Magistrate Judge**