UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIEL HERRERA, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> COMME DES GARCONS, LTD., et al., <br><br> Defendants. | CIVIL ACTION NO. 21 Civ. 4929 (VEC) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' letter motion at ECF No. 170 requesting, in part, that the telephone conference on June 5 be adjourned. Because there are no outstanding discovery disputes, the conference scheduled on June 5, 2025 at 11:00 a.m. is CANCELLED.

Dated:   New York, New York
         June 3, 2025

                              SO ORDERED.

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**