UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL HERRERA, et al.,

                      Plaintiffs,

  -v-

COMME DES GARCONS, LTD., et al.,

                      Defendants.

CIVIL ACTION NO. 21 Civ. 4929 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic conference held today, August 1, 2025, the Court orders as follows:

1. The Fact Discovery deadline is EXTENDED to **Friday, October 31, 2025**. An Amended Case Management Plan will be issued by separate Order.

2. A follow-up status conference is scheduled for **Wednesday, August 27, 2025 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:    New York, New York
            August 1, 2025

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**