UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL HERRERA, et al.,

                        Plaintiffs,

-v-

COMME DES GARCONS, LTD., et al.,

                        Defendants.

CIVIL ACTION NO. 21 Civ. 4929 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic conference held today, August 27, 2025 (the "Conference"), the Court orders as follows:

1. Defendants shall provide a summary of the search they undertook with respect to time sheets and paystubs via email to Plaintiffs' counsel by **Friday, September 12, 2025.**

2. Plaintiffs' request that Defendants conduct an additional ESI search of Defendant James Gilchrist's communications regarding hiring and firing of sales associates on the floors where Plaintiffs worked is DENIED.

3. Counsel for Defendants shall discuss with their clients the production of an unredacted version of the organizational chart discussed during the Conference (the "Chart").  If Defendants continue to refuse to produce the unredacted Chart, Defendants shall notify the Court by **Friday, September 12, 2025**, at which time the Court will provide instructions for submitting the Chart for in camera review.

4. Defendants shall ascertain whether any individuals, in addition to Defendant Gilchrist, hold titles at both Comme Des Garcons and Dover Street Market and identify such individuals to Plaintiffs by **Friday, September 12, 2025.**

5. A follow-up discovery conference is scheduled for **Monday, October 6, 2025 at 12:00 p.m. EST** on the Court's conference line. The parties are directed to call: 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

6. The parties are directed to order a copy of the transcript of today's conference using the attached form by **Wednesday, September 3, 2025.**

Dated:    New York, New York
          August 27, 2025

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[ RESET ]   [ PRINT ]   [ SAVE ]   [ EMAIL ]