UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL HERRERA, et al.,

                      Plaintiffs,

    -v-                                        CIVIL ACTION NO. 21 Civ. 4929 (VEC) (SLC)

COMME DES GARCONS, LTD., et al.,                    **ORDER**

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' motion to compel Defendants' production of certain documents. (Dkt. No. 178). Pursuant to the undersigned's Individual Practice Rule II.C.2., the Court construes Dkt. No. 178 as a letter-motion for a conference pursuant to Local Civil Rule 37.2 (the "Letter-Motion"). Accordingly, Defendants are ORDERED to respond to the Letter-Motion by **Friday, September 19, 2025**. The parties shall be prepared to discuss the Letter-Motion at the previously scheduled telephonic conference on **Monday, October 6, 2025 at 12:00 p.m. EST** on the Court's conference line. (Dkt. No. 177). The parties are directed to call: 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

The Clerk of the Court is respectfully directed to close Dkt. No. 178

Dated:      New York, New York
              September 15, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**