UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIEL HERRERA, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> COMME DES GARCONS, LTD., et al., <br><br> Defendants. | CIVIL ACTION NO. 21 Civ. 4929 (VEC) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' letter at Dkt. No. 183 informing the Court that they have reached a settlement in principle. The Court congratulates the parties, and the telephonic conference set for October 6, 2025 is ADJOURNED sine die.

Because this case contains one or more claims arising under the Fair Labor Standards Act, the parties must file a joint Letter-Motion that addresses whether the settlement is fair and reasonable pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

The parties must file their Letter-Motion by **Friday, October 17, 2025** and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiffs' claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint Letter-Motion should also explain the attorney fee arrangement, attach a copy of any retainer agreement, and provide information as to actual attorneys' fees expended (including billing records and costs documentation). A copy of the settlement agreement itself must accompany the joint Letter-Motion.

Dated:     New York, New York
           October 2, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge