# Josh Bernstein, P.C.
## Civil Rights & Employment Law

Josh Bernstein, P.C.  
447 Broadway, 2nd Fl.  
New York, NY 10013

(Phone) (646) 308-1515  
(Fax)  (718) 679-9517  
jbernstein@jbernsteinpc.com

October 15, 2025

**RE: Request for One-Week Extension to Move for Settlement Approval**

The Honorable Sarah L. Cave  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 18A  
New York, NY 10007-1312

*Daniel Abbott, et al. v. Comme des Garcons, Ltd., et al.,* Index No. 21 cv 4929

Judge Cave,

I represent Plaintiffs Gabriel Herrera, Curtis Hennager, Daniel Abbott, Elizabeth Ammerman, Amir Azarcon, Sean Conway, Blake Martin, Madison Murphy, Carlin Rollenhagen, Chynna Taylor, Winston Tolliver, David Unich, Dylan Warmack, and Fnan Ysahak in the above-captioned matter, and write on behalf of all parties to request a one-week extension to the current October 17, 2025 deadline for the parties to move for settlement approval in this matter, making the new deadline October 24, 2025. The reason for the request is so that the parties may finalize the terms and conditions of the settlement before submission, which has taken more time than usual given the number of parties involved.

Thank you for your attention to this matter.

Very truly yours,

_____/s/_____  
Joshua Alexander Bernstein

---

The parties' request at Dkt. No. 185 is GRANTED and the deadline to file a <u>Cheeks</u> motion is EXTENDED to **Friday, October 24, 2025.**

The Clerk of the Court is respectfully directed to close Dkt. No. 185.

SO ORDERED   10/16/25

SARAH L. CAVE  
United States Magistrate Judge