Davis Wright Tremaine LLP

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Michael Goettig**
212-603-6498 tel
212-489-8340 fax

michaelgoettig@dwt.com

October 24, 2025

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

Re: *Herrera, et al. v. Comme Des Garcons, Ltd., et al.*, Case No. 1:21-cv-04929 (VEC)(SLC)

Your Honor:

   With apologies for the late notice, we write to advise the court that, due to the unavailability of a key signatory to the parties' settlement agreements, the defendants are unable to approve filing of the parties' request for judicial approval of the terms of their settlement agreement today. *See* Dkt. No. 186. We anticipate being in a position to do so early next week, and respectfully request for a brief extension of time in which to file the joint motion for *Cheeks* approval to Tuesday, October 28, 2025.

   We thank Your Honor for the Court's consideration of this submission.

                                    Respectfully submitted,

                                    Davis Wright Tremaine LLP

                                    /s/

                                    Michael Goettig

cc: Joshua Alexander Bernstein

DWT.COM

The Defendants' request at Dkt. No. 187 is GRANTED and the deadline to file a <u>Cheeks</u> motion is EXTENDED to **Tuesday, October 28, 2025.**
The Clerk of the Court is respectfully directed to close Dkt. No. 187.

SO ORDERED   10/27/25

SARAH L. CAVE
United States Magistrate Judge