UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL HERRERA, et al.,

                        Plaintiffs,

-v-

COMME DES GARCONS, LTD., et al.,

                        Defendants.

CIVIL ACTION NO. 21 Civ. 4929 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' Cheeks motion at Dkt. No. 189. Although the parties have addressed their Cheeks motion to the undersigned, they have not consented to magistrate judge review of the Cheeks motion. Accordingly, the parties are ORDERED, by **Tuesday, November 4, 2025**, to complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at:

https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel and file the form for the attention and signature of the Honorable Valerie E. Caproni.

Dated:      New York, New York
             October 28, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**